STATE of Missouri, Respondent,

v.

**Theodore CHARLES, Appellant.**

**No. WD 40814.**

Missouri Court of Appeals,
Western District.

Aug. 1, 1989.

Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from conviction of the class "A" felony of Robbery in the first degree under Section 569.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

---

**Dennis Joe DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41266.**

Missouri Court of Appeals,
Western District.

Aug. 1, 1989.

Mark R. Bollinger, Asst. Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).